IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 14-5042-CR-SW-MDH |
| ) | |
| JAMES ALLEN CRIPPEN, ) | |
| ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is the Defendant's Motion to Suppress Evidence Seized During Search of Defendant's Home and Any Statements Made by Defendant As a Result of the Unlawful Search (Doc. No. 25), the Government's Response to the Defendant's Motion to Suppress Evidence And Statements (Doc. No. 26), the Report and Recommendation of United States Magistrate Judge (Doc. No. 33), and Defendant's Objections to the Report and Recommendation of United States Magistrate Judge (Doc. No. 34). The Court also has reviewed the electronic transcript from the May 13, 2015, hearing before the United States Magistrate Judge on the motion to suppress.[1] (Doc. No. 32).

After a careful and independent review of the parties' submissions, the Report and Recommendation, and Defendant's objections to the same, this Court agrees with and **ADOPTS**

---

[1] During the hearing on May 13, 2015, the Magistrate Judge stated the hearing was in recess until May 21st at 9:00. On that same day, a notice of hearing was entered on the docket. (Doc. No. 31). However, the hearing was subsequently cancelled and the Report and Recommendation was then entered approximately one month later. The Court notes neither party has raised an objection to the cancellation of the hearing, nor raised any issue with regard to the record before the Court.

1

the Report and Recommendation of the United States Magistrate Judge (Doc. No. 33) in full. Accordingly, the Court **DENIES** Defendant's Motion to Suppress. (Doc. No. 25).

**IT IS SO ORDERED.**

DATED: July 27, 2015

                                 */s/ Douglas Harpool*
                                 **DOUGLAS HARPOOL**
                                 **UNITED STATES DISTRICT JUDGE**